# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Michael Howell,

Plaintiff

vs.

Peoria County Sherriff
Chris Watkins

John Doe,

Defendant(s)

Case No. _____
(The case number will be assigned by the clerk)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

### COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

[x] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

# I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Michael Ryk Howell

Prison Identification Number: R53785

Current address: 301 N. Maxwell RD. Peoria IL 61604

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1: Peoria County Sherriff

Full Name: Chris Watkins

Current Job Title: Peoria County Sherriff

Current Work Address: 301 N. Maxwell RD. Peoria IL 61604

Defendant #2:

Full Name: John Doe

Current Job Title: Superintendent Peoria County Jail

Current Work Address: 301 N. Maxwell RD. Peoria IL 61604

Defendant #3:

Full Name: John Doe.

Current Job Title: Any Person responsible for my Health + Safety

Current Work Address: 301 N. Maxwell RD. Peoria IL, 61604

Defendant #4:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☒

3

C.  If your answer to B is yes, how many? __0__ Describe the lawsuit(s) below.

  1. Name of Case, Court and Docket Number _____N/A_____

  2. Basic claim made _____N/A_____

  3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _____N/A_____

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

  Yes ☒ No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ☒ No ☐

IT is electronic and I never get any answers.

4

Short overview.

This Jail is Nasty, unliveable, Crule and unusual punishment. No one Should have To live like This.

This Jail Needs closed Down and renovated or Something.

8.) Mold coming out of The Vent's

9.) Bug's crawling out of The Sinks

10.) Standing water Everywhere.

We Need Someone To come inspect This place.

✱ I am sure my 8th and 14th ammendment's are Being violated.

✱ inHumane living Conditions

✱11.) Being Filmed in Shower on F3

V. Staitment of Claim

Places of occurrence - Peoria County Jail

Dates of occurrence - 12-15-22 - Whole Time here

1.) On 12-15-22 I arove here to Peoria Co Jail. There is Mold in the Showers, Vents, and Walls.

2.) Moved To Pod F3 on Jan 17th with Black Mold everywhere. My Toilet is Broke.

3.) The Shower Drain is clogged so there is Nasty water all over the Day Room.

4.) There is a Camera pointed Directly at The Shower. (F3 Pod) And There is no where to get undressed Besides in Front of it.

5.) No Shower Curtin whyle Being Filmed. Also Pointed Right at The Toilet.

6.) The Toilet and Sink in The Day room are Both Clogged and over Flowing.

7.) I have asked for a Covid Mask Numerous Times and Told "we Dont have any."

→

## RELIEF REQUESTED

(State what relief you want from the court.)

Compensatory Damages - $150,000
Punitive Damages - $150,000
Jail Fixed and Cleaned

JURY DEMAND     Yes ☒     No ☐

Signed this _____ day of _____, 20____.

I have asked for a Notary But Peoria Co. Doesn't offer Them..

_Michael Howell_
( Signature of Plaintiff)

| Name of Plaintiff: Michael R. Howell | Inmate Identification Number: I.D.O.C. # R53785  Peoria Co. # 2206345 |
| Address: 301 N. Maxwell rD Peoria IL, 61604 | Telephone Number: Parents, 309-647-4229  Ryk + Becky Howell |

